UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATIONAL FEDERATION OF THE
BLIND ("NFB"), et al.,

CV10    4816

Plaintiff(s),

v.
UNITED AIRLINES, INC.,

CASE NO. _____ EMC
(Proposed)

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

_____ Defendant(s). /

Gregory P. Care , an active member in good standing of the bar of
the U.S. District Court for District of Maryland whose business address and telephone number

is  Brown, Goldstein & Levy, LLP, 120 E. Baltimore St., Ste. 1700,
Baltimore, Maryland 21202, phone: 410-962-1030

, having applied in the
above-entitled action for admission to practice in the Northern District of California on a *pro hac*
*vice* basis, representing  NFB, et al.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
*vice* . Service of papers upon and communication with co-counsel designated in the application
will constitute notice to the party. All future filings in this action are subject to the requirements
contained in General Order No. 45, *Electronic Case Filing* .

Dated:   November 10, 2010.

_____
WILLIAM ALSUP
U.S. DISTRICT JUDGE

United States District Court
For the Northern District of California