UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATIONAL FEDERATION OF THE
BLIND ("NFB"), et al.,

           Plaintiff(s),

v.

UNITED AIRLINES, INC.,

           Defendant(s).

CASE NO. CV 10 4816

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Daniel F. Goldstein, an active member in good standing of the bar of the U.S. District Court for the District of Maryland whose business address and telephone number is Brown, Goldstein & Levy, LLP, 120 E. Baltimore St., Ste. 1700, Baltimore, Maryland 21202, phone: 410-962-1030, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing NFB, et al.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: November 10, 2010.

WILLIAM ALSUP
U.S. DISTRICT JUDGE