IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL FEDERATION OF THE BLIND, et al.,

        Plaintiff,

v.

UNITED AIRLINES, INC.

        Defendant.

CASE NO. CV 10-4816 WHA

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Paul Winke, Esq.                              , whose business address and telephone number is Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022; Tel. (212) 230-8808  Fax. (212) 230-8888

and who is an active member in good standing of the bar of the State of NY; USDC SDNY having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing United Air Lines, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: November 15, 2010

                                        Honorable William H. Alsup
                                        United States District     Judge