IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf of its members and itself, MICHAEL MAY, MICHAEL HINGSON, and CHRISTINA THOMAS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED AIRLINES INC.,<br><br>    Defendant.<br>_____/ | No. C 10-04816 WHA<br><br>**ORDER DENYING JOINT REQUEST TO CONTINUE BRIEFING SCHEDULE AND CASE MANAGEMENT CONFERENCE** |

    The parties have stipulated to continue Rule 12 briefing dates and the initial case management conference in this action "[t]o account for various holiday schedules and to provide Plaintiffs with additional time to respond to Defendant's motion." Good cause not shown, this joint request is **DENIED**.

    **IT IS SO ORDERED.**

Dated: November 19, 2010.

                                                  WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE