IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf of its members and itself, MICHAEL MAY, MICHAEL HINGSON, and CHRISTINA THOMAS, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED AIRLINES INC.,<br><br>  Defendant. | No. C 10-04816 WHA<br><br>**REQUEST FOR INPUT FROM THE UNITED STATES AND THE UNITED STATES DEPARTMENT OF TRANSPORTATION** |

The Court requests the views of the United States and the United States Department of Transportation within 45 calendar days from the date of this order on the preemption issues raised in this case, namely: (1) whether 14 C.F.R. 382.57 preempts application of California state law as to requiring blind-accessible ticketing kiosks at airports, and (2) whether the Airline Deregulation Act preempts state anti-discrimination laws related to airline service as to blind patrons regarding kiosks. The Court is interested in whether the DOT comprehensively regulates the extent to which alternative facilities are made available to blind individuals at airports in the United States from the ticketing section through the departure/arrival gates. Please advise promptly on how long it will take the federal agency to respond. The Clerk shall serve this order on the United States Attorney's Office.

Dated: February 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE