

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*11th Floor, Federal Building*      *(415) 436-7200*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*      *FAX:(415) 436-7234*

February 17, 2011

Hand Delivered

The Honorable William H. Alsup
U.S. District Judge
U.S. District Court for the
    Northern District of California
Courtroom 9, 19th Floor
450 Golden Gate Ave.,
San Francisco, CA 94102

**FILED**

**FEB 1 7 2011**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

    Re: *National Federation of the Blind, et al. v. United Airlines, Inc.*,
          C 10-04816 WHA

Dear Judge Alsup;

    On February 7, 2011, the Court issued a Request for Input from the United States and the United States Department of Transportation. *See*, Docket No. 38. The Request was delivered to the United States Attorney's Office on February 9th. I forwarded the Request to the Federal Programs Branch, Civil Division at the U.S. Department of Justice, which in turn provided it to appropriate officials at the U.S. Department of Transportation.

    On or before March 24, 2011, we will advise the Court of the views of the United States and the U.S. Department of Transportation, if any, on the preemption issues or, if necessary, on how long it will take to respond to the Request.

                                    Very truly yours,

                                    MELINDA HAAG
                                    United States Attorney

By:    */s/ Joann M. Swanson*
              Joann M. Swanson
              Chief, Civil Division

cc: Laurence W. Paradis
Karla Gilbride
Disability Rights Advocates
2001 Center Street, 3rd Floor
Berkeley, CA 94704

Daniel F. Goldstein
Brown Goldstein & Levy, LLP
120 E. Baltimore, MD 21202

Bruce Henry Rabinovitz
Wilmer Hale
1875 Pennsylvania Ave., NW
Washington, DC 2006

Paul Winke
Wilmer Cutler Pickering Hale and Door LLP
399 Park Ave.
New York, NY 10022

Richard Grotch
Coddington, Hicks and Danforth
555 Twin Dolphin Dr., # 300
Redwood City, CA 94065