TONY WEST
Assistant Attorney General

SANDRA M. SCHRAIBMAN
Assistant Branch Director

NATHAN M. SWINTON (NY Bar No. 802649)
Trial Attorney, United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
(202) 305-7667 (telephone)
(202) 616-8470 (fax)
Nathan.M.Swinton@usdoj.gov

Counsel for the United States

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|   |   |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED AIRLINES, INC., <br><br> Defendant. | Case No.: C-10-4816 WHA <br><br> **STATUS REPORT SUBMITTED BY THE UNITED STATES** |

The United States respectfully files this status report concerning the Court's request regarding a Statement of Interest.

1. Defendant United Airlines, Inc. seeks to dismiss the claims of Plaintiffs, the National Federation of the Blind, et al., that it is violating California's Unruh Civil Rights Act and Disabled Persons Act by failing to provide automated kiosks that are accessible to blind passengers in California airports.  Defendant contends, among other things, that the Air Carrier Access Act, 49 U.S.C. § 41705, and the Airline Deregulation Act, 49 U.S.C. § 41713, preempt Plaintiffs' claims. Dkt. #25.

2. On February 7, 2011, and in response to Defendant's motion and Plaintiffs' opposition to the motion, this Court requested that the United States submit its views on the preemption issues raised by the parties by March 24 or apprise the Court of how long it would take the agency to respond. Dkt. #38.

3. The United States is actively considering the Court's request. The question of federal preemption under the relevant statutes raises significant issues that require further consideration by the Executive Branch before a final decision can be made about the United States' potential participation in this matter. The United States expects to complete its review within 30 days, or by April 21, 2011, and intends to advise the Court of its position by that date. The United States appreciates the Court's consideration and patience.

Date: March 22, 2011

Respectfully submitted,

TONY WEST
Assistant Attorney General

SANDRA M. SCHRAIBMAN
Deputy Branch Director

  */s/ Nathan M. Swinton*
NATHAN M. SWINTON (NY Bar No. 802649)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20001
Telephone: (202) 305-7667
Facsimile: (202) 616-8470
E-mail: Nathan.M.Swinton@usdoj.gov
Counsel for the United States of America