United States District Court

For the Northern District of California

1

2

3

4

5                   IN THE UNITED STATES DISTRICT COURT

6

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    NATIONAL FEDERATION OF THE              No. C 10-04816 WHA
     BLIND, on behalf of its members and
10   itself, MICHAEL MAY, MICHAEL
     HINGSON, and CHRISTINA THOMAS,
11   on behalf of themselves and all others   **ORDER REGARDING STATUS**
     similarly situated,                      **REPORT SUBMITTED BY THE**
12                                            **UNITED STATES**

13                 Plaintiffs,

14       v.

15   UNITED AIRLINES INC.,

16                 Defendant.
                                        /
17

18          The Court is willing to give the government the extension of time requested, so long as at

19   the end of the process the government will state a firm position.  Therefore, the government's

20   time to respond is extended to **APRIL 21, 2011**.  If at the end of that time the government does not

21   intend to express any substantive views on the issues stated in the request for input, that should be

22   made clear now.  Please advise promptly.

23

24          **IT IS SO ORDERED.**

25   Dated:  March 22, 2011.                   _____
26                                             WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE
27

28