IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf of its members and itself, MICHAEL MAY, MICHAEL HINGSON, and CHRISTINA THOMAS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES INC.,<br><br>Defendant.<br>_____ / | No. C 10-04816 WHA<br><br>**ORDER REQUESTING RESPONSE FROM BOTH SIDES REGARDING BRIEF FROM THE UNITED STATES** |

The United States has now responded regarding the preemption issues raised by defendant's motion to dismiss and pursuant to this Court's request for input. Both sides shall please file a response to the government's brief by **MONDAY APRIL 18, 2011, AT NOON**.

**IT IS SO ORDERED.**

Dated: April 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE