LAURENCE W. PARADIS (California Bar No. 122336)
KEVIN KNESTRICK (California Bar No. 229620)
KARLA GILBRIDE (California Bar No. 264118)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
TTY: (510) 665-8716

DANIEL F. GOLDSTEIN (*pro hac vice*)
GREGORY P. CARE (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
Telephone: (410) 962-1030
Facsimile: (410) 385-0869



# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant. | Case No.: C 10-4816-WHA<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' CORRECTED NOTICE OF APPEAL; REPRESENTATION STATEMENT** |

PLEASE TAKE NOTICE that the NATIONAL FEDERATION OF THE BLIND, on behalf of its members and itself; and MICHAEL MAY, MICHAEL HINGSON, and CHRISTINA THOMAS, on behalf of themselves and all others similarly situated, Plaintiffs in the above-captioned class action hereby appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's Order Granting Motion to Dismiss and Judgment entered April 25, 2011 (Docket Nos. 58 and 59, respectively).

\\

1     Pursuant to Ninth Circuit Rule 3-2, attached is a Representation Statement that identifies all parties to the action along with the names, addresses and telephone numbers of their respective counsel.

Dated: May 25, 2011

Respectfully submitted,

*[signature]*

LAURENCE PARADIS
KEVIN KNESTRICK
KARLA GILBRIDE
Disability Rights Advocates

DANIEL F. GOLDSTEIN
GREGORY P. CARE
Brown, Goldstein & Levy, LLP

Attorneys for Plaintiffs

## Representation Statement

The undersigned represents the NATIONAL FEDERATION OF THE BLIND, on behalf of its members and itself; and MICHAEL MAY, MICHAEL HINGSON, and CHRISTINA THOMAS, on behalf of themselves and all others similarly situated, who are plaintiffs and appellants in this matter and no other party. Pursuant to FRAP 12(b) and Ninth Circuit Rule 3-2(b), the following is a list of all of the parties to the action and the names, addresses and telephone numbers of their respective counsel.

**(1) Plaintiff-Appellant National Federation of the Blind**

Daniel F. Goldstein
Gregory P. Care
Brown Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
Voice: 410-962-1030
Fax: 410-385-0869
Email: dfg@browngold.com
Email: gpc@browngold.com

Laurence W. Paradis
Karla Gilbride
Kevin M. Knestrick
Disability Rights Advocates
2001 Center Street, 3rd floor
Berkeley, CA 94704
Voice: 510-665-8644
Fax: (510) 665-8511
Email: larryp@dralegal.org
Email: kgilbride@dralegal.org
Email: kknestrick@dralegal.org

**(2) Plaintiff-Appellant Michael May**

See #1

**(3) Plaintiff-Appellant Michael Hingson**

See #1

**(4) Plaintiff-Appellant Christina Thomas**

See #1

\\

1  **(5) Defendant-Appellee United Air Lines, Inc.**
2  Bruce Henry Rabinovitz
   Wilmer Cutler Pickering Hale and Dorr LLP
3  1875 Pennsylvania Ave NW
   Washington, DC 20006
4  Voice: 202-663-6969
   Fax: (202) 663-6363
5  Email: bruce.rabinovitz@wilmerhale.com

6  Paul Winke
7  Wilmer Cutler Pickering Hale and Dorr LLP
   399 Park Avenue
8  New York, NY 10022
   Voice: 212-230-8808
9  Fax: (212) 230-8888
   Email: paul.winke@wilmerhale.com

11 Richard Grotch
   Coddington, Hicks and Danforth, P.C.
12 555 Twin Dolphin Drive, Suite 300
   Redwood City, CA 94065-2133
13 Voice: 650-592-5400
   Fax: (650) 592-5027
14 Email: rgrotch@chdlawyers.com

Dated: May 25, 2011                    Respectfully submitted,

                                       *[signature]*
                                       LAURENCE PARADIS
                                       KEVIN KNESTRICK
                                       KARLA GILBRIDE
                                       Disability Rights Advocates

                                       DANIEL F. GOLDSTEIN
                                       GREGORY P. CARE
                                       Brown, Goldstein & Levy, LLP

                                       Attorneys for Plaintiffs

4

## CERTIFICATE OF SERVICE

I certify that on May 25, 2011, the foregoing Corrected Notice of Appeal and Representation Statement was served via United States first-class mail, postage prepaid, on counsel for the Defendant at the addresses set forth below:

> Bruce Henry Rabinovitz, Esq.
> Wilmer Cutler Pickering Hale and Dorr LLP
> 1875 Pennsylvania Ave NW
> Washington, DC 20006
>
> Paul Winke, Esq.
> Wilmer Cutler Pickering Hale and Dorr LLP
> 399 Park Avenue
> New York, NY 10022
>
> Richard Grotch, Esq.
> Coddington, Hicks and Danforth, P.C.
> 555 Twin Dolphin Drive, Suite 300
> Redwood City, CA 94065-2133
>
> Counsel for Defendant, United Air Lines, Inc.

_____
BINA PATEL